UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
ASHLEY NETTYE, INC., AND
BERNARDO FASHIONS LLC,

            Plaintiffs,

       - against -

CLOUDFLARE, INC., INTER
CONNECTS INC., AND JOHN DOES 1-
5

            Defendants.

--------------------------------X

**ORDER**

23 Civ. 2457 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

For the reasons stated on the record, the Temporary Restraining Order is extended fourteen (14) days until June 13, 2023.

Dated:    New York, New York
          May 30, 2023

                        NAOMI REICE BUCHWALD
                    UNITED STATES DISTRICT JUDGE